**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | **W-14-CR-100-ADA** |
| *v.* | § | |
| | § | |
| **QUENTIN LAVELLE JEFFRIES** | § | |
| | § | |
| | § | |
| | § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffery C. Manske (ECF No. 82). The report recommends as follows:

The defendant shall participate in the Location Monitoring Program for a term of 180 days.

The defendant shall be subjected to active Global Positioning System (GPS) monitoring for a term of 180 days, which shall be utilized for purposes of verifying compliance with any court-imposed condition of supervised release in this case.

The defendant shall pay for the costs of the program if financially able. The defendant will be placed on a curfew and shall remain at the place of residence from 8:00 p.m. until 6:00 a.m., unless an alternate schedule is approved by the probation officer.

The defendant shall work full time at a lawful type of employment (at least 30 hours per week), unless excused by the probation officer for schooling, training, or other acceptable reasons. If the defendant does not have full time employment, he shall try to find full time employment. The defendant shall submit a minimum of five applications per day and maintain a log of all the places he applies. The job search log shall be submitted to the probation officer weekly until employment is obtained.

The defendant shall participate in a cognitive behavioral treatment program as directed by the probation officer, and if deemed necessary by the probation officer. Such program may include group sessions led by a counselor or in a program administered by the Probation Office. The defendant may be required to contribute to the costs of services rendered (copayment) in an amount determined by the probation officer, based on the defendant's ability to pay.

The defendant shall not spend the night at any location other than his approved residence without the approval of the Probation Officer.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske (ECF No. 82) is **ADOPTED**.

**IT IS FURTHER ORDERED** that defendant's supervised release be continued and modified as follows:

The defendant shall participate in the Location Monitoring Program for a term of 180 days.

The defendant shall be subjected to active Global Positioning System (GPS) monitoring for a term of 180 days, which shall be utilized for purposes of verifying compliance with any court-imposed condition of supervised release in this case. The defendant shall pay for the costs of the program if financially able.

The defendant will be placed on a curfew and shall remain at the place of residence from 8:00 p.m. until 6:00 a.m., unless an alternate schedule is approved by the probation officer.

The defendant shall work full time at a lawful type of employment (at least 30 hours per week), unless excused by the probation officer for schooling, training, or other acceptable reasons. If the defendant does not have full time employment, he shall try to find full time employment. The defendant shall submit a minimum of five applications per day and maintain a log of all the places he applies. The job search log shall be submitted to the probation officer weekly until employment is obtained.

The defendant shall participate in a cognitive behavioral treatment program as directed by the probation officer, and if deemed necessary by the probation officer. Such program may include group sessions led by a counselor or in a program administered by the Probation Office. The defendant may be required to contribute to the costs of services rendered (copayment) in an amount determined by the probation officer, based on the defendant's ability to pay.

The defendant shall not spend the night at any location other than his approved residence without the approval of the Probation Officer..

**SIGNED** this 3rd day of January, 2025.


ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE